No. 90–720.  DeVargas v. Mason & Hanger-Silas Mason Co., Inc., et al.  C. A. 10th Cir.  Certiorari denied.  Justice White and Justice Marshall would grant certiorari.

No. 90–5836.  Burrell v. Louisiana.  Sup. Ct. La.;
No. 90–5851.  Truesdale v. South Carolina.  Sup. Ct. S. C.;
No. 90–6072.  Guinan v. Armontrout, Warden.  C. A. 8th Cir.; and
No. 90–6318.  Boyd v. Tennessee.  Sup. Ct. Tenn.  Certiorari denied.  Reported below: No. 90–5836, 561 So. 2d 692; No. 90–5851, 301 S. C. 546, 393 S. E. 2d 168; No. 90–6072, 909 F. 2d 1224; No. 90–6318, 797 S. W. 2d 589.

Justice Marshall, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–6227.  Benitez Guzman v. United States.  C. A. 1st Cir.  Certiorari denied.  Justice Souter took no part in the consideration or decision of this petition.

No. 90–6265.  Vontsteen v. United States.  C. A. 5th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.